■ In the Matter of CARL GEE, Petitioner, v DONALD VENET-TOZZI, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent. [41 NYS3d 925]—Proceeding

pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., McCarthy, Garry, Lynch and Rose, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.